AMARANTH LLC et al., Appellants, v J.P. MORGAN CHASE & Co. et al., Respondents.

Submitted December 9, 2009; decided February 11, 2010

Motion, insofar as it seeks leave to appeal as against J.P. Morgan Chase & Co., dismissed upon the ground that as to said party the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal as against J.P. Morgan Futures, Inc., denied.

CAYUGA INDIAN NATION OF NEW YORK, Respondent, v DAVID S. GOULD, Cayuga County Sheriff, et al., Appellants, et al., Defendants.

Submitted February 8, 2010; decided February 11, 2010

Motion by United States of America for leave to file a brief amicus curiae on the appeal herein etc. granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

SUSAN COBAUGH, Appellant, v COUNTY OF ONONDAGA et al., Respondents.

Submitted December 14, 2009; decided February 11, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.